IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAGGIOS FAMOUS PIZZA, INC. *d/b/a* <br> MAGGIO'S RESTAURANT, <br> *Plaintiff* | : <br> : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| SELECTIVE INSURANCE COMPANY <br> OF THE SOUTHWEST, <br> *Defendant* | : <br> : <br> : | No. 20-2603 |

### ORDER

**AND NOW**, this 10th day of February, 2021, upon consideration of Defendant's Motion to Dismiss (Doc. No. 4) and Plaintiff's Amended Complaint (Doc. No. 9), it is **ORDERED** that the Motion to Dismiss (Doc. No 4) is **DEEMED MOOT**.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1