IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAGGIOS FAMOUS PIZZA, INC. *d/b/a* MAGGIO'S RESTAURANT, *Plaintiff* | CIVIL ACTION |
| v. | |
| SELECTIVE INSURANCE COMPANY OF THE SOUTHWEST, *Defendant* | No. 20-2603 |

### ORDER

AND NOW, this 21st day of December, 2021, upon consideration of Maggio's Amended Complaint (Doc. No. 9), Selective's Motion to Dismiss (Doc. No. 21), the responses and replies thereto (Doc. Nos. 22, 23, 25), and for the reasons stated in the accompanying Memorandum it is **ORDERED** that:

1. Selective's Motion to Dismiss (Doc. No. 21) is **GRANTED WITHOUT PREJUDICE**;

2. Plaintiff is **GRANTED** leave to file an amended complaint within 60 days of entry of this Order.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
**United States District Judge**

1